■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW R. SMITH, Also Known as KASIIN ALI BEY, Appellant. [10 NYS3d 447]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Condon, J.), rendered February 8, 2013, convicting him of aggravated unlicensed operation of a motor vehicle in the first degree, false personation, and

failure to obey a traffic control device, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, although the Supreme Court was unable to conduct a searching inquiry of the defendant with respect to the implications of self-representation, such an inability was due to the defendant's own conduct, and the record, as a whole, demonstrates that he made a knowing, voluntary, and intelligent decision, expressed through word and deed, to waive his right to counsel and to proceed pro se (*see People v Lineberger*, 98 NY2d 662 [2002]; *People v Sloane*, 262 AD2d 431 [1999]). Furthermore, the court did not improvidently exercise its discretion in failing, sua sponte, to order a competency examination (*see* CPL 730.30 [1]; *People v Morgan*, 87 NY2d 878, 879 [1995]; *People v Pelaez*, 100 AD3d 803, 804 [2012]; *People v Simpson*, 52 AD3d 846, 847 [2008]). Rivera, J.P., Cohen, Hinds-Radix and Barros, JJ., concur.